

# United States District Court
## Eastern District of California

| | |
|---|---|
| **RHONDA BRUMM** | Case Number: 2:24-cv-003369-DC-JDP |
| Plaintiff(s) | |
| V. | |
| **JAMES BRUMM, et al.** | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Michael Hoover** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**Defendant James Brumm**

On **05/08/2014** (date), I was admitted to practice and presently in good standing in the **Louisiana Supreme Court** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **02/12/2025**        Signature of Applicant: /s/ **Michael Hoover**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Michael Hoover |
| Law Firm Name: | Interpleader Law, LLC |
| Address: | 5800 One Perkins Place Dr. |
| | Suite 2A |
| City: | Baton Rouge   State: LA   Zip: 70808 |
| Phone Number w/Area Code: | (225) 246-8706 |
| City and State of Residence: | Baton Rouge, Louisiana |
| Primary E-mail Address: | michael.hoover@interpleaderlaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Anthony J. Parascandola |
| Law Firm Name: | Bowman and Brooke LLP |
| Address: | 970 West 190th Street |
| | Suite 700 |
| City: | Torrance   State: CA   Zip: 90502 |
| Phone Number w/Area Code: | (310) 380-6522   Bar #: 140217 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 18, 2025

_Dena Coggins_
United States District Judge