# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA BRUMM,<br><br>　　　　　Plaintiff,<br>　　v.<br>NEW YORK LIFE INSURANCE COMPANY; JAMES BRUMM; and DOES 1 through 10, Inclusive,<br>　　　　　Defendants. | Case No. 2:24-cv-03369-DC-JDP<br><br>(Honorable Dena M. Coggins, Ctrm. 8)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR DISCHARGE AND RELEASE OF LIABILITY UPON DISBURSEMENT OF INTERPLEADER FUNDS** |
| NEW YORK LIFE INSURANCE COMPANY,<br>　　　　　Interpleader Plaintiff,<br>　　v.<br>RHONDA BRUMM; JAMES BRUMM; individually and as Trustee of the Martin P. and Barbara C. Brumm Joint Living Trust,<br>　　　　　Interpleader Defendants. | |

Upon consideration of the Parties' Joint Stipulation for Disbursement of Life Insurance Proceeds, Discharge, and Release, and good cause appearing therefrom, it is hereby ORDERED that the Joint Stipulation is GRANTED in its entirety. Accordingly, IT IS HEREBY ORDERED as follows:

1. Within thirty (30) days following the entry of this Order (and as more fully set forth in the Parties' settlement agreement), New York Life Insurance Company ("New York Life") shall disburse to Interpleader Defendants Rhonda Brumm and James Brumm in equal amounts (i.e. 50% each) the death benefit proceeds of New York Life Policy No. 24237645 plus any applicable interest (the "Policy Proceeds"), less the amount of $13,500.00 awarded to New York Life towards its reasonable attorneys' fees and costs incurred in connection with all aspects of prosecuting this matter.

2. Upon New York Life's disbursement of the Policy Proceeds as specified in Paragraph 1 above, New York Life including its owners, shareholders, partners, officers, directors, employees, agents, legal representatives, predecessors, successors, assignees, parent corporations, subsidiaries, affiliates, re-insurers, and insurers are hereby forever discharged, released, and relieved from any and all further liability or responsibility of any kind with respect to, affecting, or in any way arising out of the Policy and/or the Policy Proceeds.

3. Upon New York Life's disbursement of the Policy Proceeds as specified in Paragraph 1 above, Interpleader Defendants Rhonda Brumm and James Brumm shall be and are permanently enjoined from instituting or prosecuting any other proceedings, arbitration, or lawsuit in any forum against New York Life or any of its former, current and future parent companies, subsidiaries, affiliates, agents, predecessors, successors, or assigns with respect to the Policy, the Policy Proceeds, and/or any and all claims that were or could have been raised in this or any other action against New York Life.

///

4. Any person not yet joined as a party to this action who may make a claim for, or be entitled to, the Policy Proceeds is joined and subject to Paragraph 3 above.

5. Upon New York Life's disbursement of the Policy Proceeds as specified in Paragraph 1 above, the Parties shall submit a joint stipulation of dismissal of this action with prejudice to the Court.

IT IS SO ORDERED.

Dated:   **June 13, 2025**

                                                                                 _____
Dena Coggins
United States District Judge